IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 CR 12

UNITED STATES OF AMERICA,

v.

ROBERT MEGGINSON,

    Defendant.

**ORDER**

**THIS MATTER IS** before the Court on Defendant Robert Megginson's Motion to Suppress, (file doc. 16), filed on March 3, 2006. This matter will be set for hearing, and at the same time the parties should be prepared to address Defendant's Motion to Bifurcate, (file doc.14), and his Motion to Strike Allegations, (file doc. 15).

**IT IS, THEREFORE, ORDERED** that this matter is hereby set for hearing on **Monday, April 24, 2006**, at **9:30 a.m.**, in **Courtroom Two** of the Charles R. Jonas Federal Building.

Signed: March 9, 2006

Richard L. Voorhees
Chief United States District Judge