# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:06-cr-00012-W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE |
| | ) | |
| ROBERT MEGGINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE MATTER is before the Court *sua sponte* following the unpublished opinion from the Fourth Circuit Court of Appeals handed down today in United States v. Megginson, No. 07-4149 (4th Cir. July 29, 2009) (see Doc. No. 43). Although the mandate has not yet been handed down, the Court requests the Government to inform the Court whether it plans to dismiss the Indictment or whether it plans to proceed on the charges despite the fact the weapon is suppressed. The Court requests this information be submitted within fourteen (14) calendar days so that the Court may rule on the bond motion currently pending (Doc. No. 40).

Signed: August 12, 2009

Frank D. Whitney
United States District Judge