UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR12 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ROBERT MEGGINSON | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant **ROBERT MEGGINSON** in the above-captioned case without prejudice. The defendant should be released from the custody of the United States Bureau of Prisons and/or the United States Marshal Service forthwith.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: August 24, 2009

Frank D. Whitney
United States District Judge